PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 12 2006

at 1 o'clock and 57 min. AM
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. CR01-00112SOM-01

ABIGAIL Q. PAULINO

It appearing that the period of supervised release expired on 9/21/2006, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*Sydney L. Fleming*
SYDNEY L. FLEMING
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 1st day of October, 2006.

*Susan Oki Mollway*
SUSAN OKI MOLLWAY
U.S. District Judge